HERBERT A. WEEKS, Respondent, *v.* HENRY DOMINY et al., Appellants, and WILLARD N. BAYLIS et al., Respondents, Impleaded with Others.

*Weeks* v. *Dominy*, 161 App. Div. 414, affirmed.
(Argued May 1, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine title to real property. The land in question was situated at the easterly end of Long Island on Napeague beach, extending from Gardner's bay south to the Atlantic Ocean. Plaintiff's title was deduced through a written chain starting from the colonial charter granted in 1686 by Governor Dongan as colonial governor to the freeholders and inhabitants of the town of Easthampton, followed by a conveyance on March 15, 1882, by the trustees of the freeholders of Easthampton to Arthur W. Benson, recorded October 25, 1882. The Dominy title was claimed from three sources: An alleged deed from Gardiner Miller to Nathaniel Dominy, dated March 10, 1795, recorded August 15, 1881; an alleged deed from trustees of Easthampton to Nathaniel Dominy in 1798 (but not specifically pleaded) and title by

prescription from continued occupancy for over twenty years.

*John C. Stein* for appellants.

*Lynn C. Norris, Edward M. Perry* and *Joseph F. Keany* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.